UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVE GARRISON, et al.,
Plaintiffs,

v.

DONALD TRUMP, et al.,
Defendants.

Case No. 26-cv-04004-JSC

**ORDER OF DISMISSAL**

**INTRODUCTION**

Plaintiff Steve Garrison, an inmate in Santa Clara County Jail who is proceeding without representation by an attorney, filed this civil complaint against President Donald Trump, Santa Clara County, and a number of officials at the Santa Clara County District Attorney's Office.[1] (ECF No. 4.) He is granted leave to proceed in forma pauperis in a separate order. For the reasons explained below, the complaint is dismissed as frivolous.

**BACKGROUND**

Plaintiff makes a variety of far-fetched allegations and claims. Plaintiff alleges his "friend," the President of the N.A.A.C.P. is investigating Santa Clara County for "child murder, rapes." (*Id.* at 1-2.) He alleges "no one in Santa Clara Co. has a bar license [number] so it also establish[es] PC 209 'Kidnapping for Ransom.'" (*Id.* at 2.) He also alleges the dismissal of his prior federal cases resulted "in the killing of 1,000 [] people."[2] (*Id.* at 3.) He alleges a state court judge is "forcing us (Mr. Garrison included) to take psych-meds which were banned in 2003 . . .

[1] Other Plaintiffs are listed in the caption of the complaint, but Garrison is the only one who signed it and filed an application to proceed in forma pauperis. (ECF No. 4 at 4.) The other Plaintiffs listed on the complaint are Mark Zuckerberg, Tim Cook, Elon Musk, Jeff Bezos, Barak Obama, and Kamala Harris. (*Id.* at 1.) If they wish to pursue claims, they may file their own signed complaints in a new case or cases.

[2] Plaintiff has filed over 25 cases in this court since 2011.

United States District Court
Northern District of California

United States District Court
Northern District of California

possible in the millions . . . children included, that's 'RAPE.' End of story." (*Id.* at 3-4.) He alleges the County is "blackmailing Meta (Mark Zuckerberg)" to cover "the $14.4 billion that James Williams allocated," and it "looks like the Co. is funding a child rape/killing ring, proof in the pudding." (*Id.* at 4.) He requests "federal arrest warrants against these child rapes/murder" and to "deputize the Sherriffs." (*Id.*)

**STANDARD OF REVIEW**

Federal courts must engage in a preliminary screening of cases in which prisoners seek redress from a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court must identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint "is frivolous, malicious, or fails to state a claim upon which relief may be granted," or "seeks monetary relief from a defendant who is immune from such relief." *Id.* § 1915A(b). Pleadings filed by unrepresented parties must be liberally construed. *Balistreri v. Pacifica Police Dep't*, 901 F.2d 696, 699 (9th Cir. 1990).

**LEGAL CLAIMS**

Plaintiff's complaint must be dismissed as frivolous. A claim is frivolous if it is premised on an indisputably meritless legal theory or is clearly lacking any factual basis. *Neitzke v. Williams*, 490 U.S. 319, 327 (1989). Examples are claims describing fantastic or delusional scenarios "with which federal district judges are all too familiar." *Id.* at 328.

Sections 1915A accords judges the unusual power to pierce the veil of the complaint's factual allegations and dismiss as frivolous those claims whose factual contentions are clearly baseless. *Denton v. Hernandez*, 504 U.S. 25, 32 (1992). To pierce the veil of the complaint's factual allegations means that a court is not bound, as it usually is when making a determination based solely on the pleadings, to accept without question the truth of the plaintiff's allegations. *Id*. But, this initial assessment of the plaintiff's factual allegations must be weighted in favor of the plaintiff. *Id.* A frivolousness determination cannot serve as a factfinding process for the resolution of disputed facts. *Id.* A finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible, whether or not there are judicially noticeable facts available to contradict them. *Id.* at 32-33. The complaint may not be

dismissed simply because the court finds the plaintiff's allegations unlikely or improbable. *Id.* at 33.

Plaintiff's allegations that the dismissal of his prior cases killed 1,000 people, that no one in Santa Clara County is a licensed member of the bar, that the County is blackmailing Mark Zuckerberg for 14.4 billion dollars to fund a child "rape/killing ring," and that a state court judge is committing "rape" of "possibl[e] in the millions" of people by forcing them to take banned medications are wholly incredible and delusional.[3] Consequently, under Section 1915A the Court pierces the veil of Plaintiff's factual allegations and finds these claims frivolous.

**CONCLUSION**

For the foregoing reasons, the case is DISMISSED without leave to amend as frivolous.

The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: August 7, 2026

JACQUELINE SCOTT CORLEY
United States District Judge

[3] Plaintiff makes no allegations about defendant President Trump.